Petition for Writ of Mandamus Denied and Memorandum Opinion filed
November 10, 2005









 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed November 10, 2005.

 

In
The

 

Fourteenth Court of Appeals

____________

 

NO.
14-05-00517-CV

____________

 

IN RE ATLANTIC SOUNDING COMPANY, INC.


AND
WEEKS MARINE, INC., Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 20, 2005,
relators filed a petition for writ of mandamus in
this court.  See Tex. Gov=t. Code Ann. '
22.221 (Vernon 2004); see also Tex.
R. App. P. 52. 

Relators
have not established they are entitled to mandamus relief.  Accordingly, we deny the petition for writ of
mandamus. 

PER CURIAM

 

Petition Denied and Memorandum Opinion filed November 10, 2005.

Panel consists of
Justices Edelman, Seymore, and Guzman.